# EXHIBIT 2

**Seidleck, William (DC)**

| | |
|---|---|
| **From:** | EDFOIAManager@ed.gov |
| **Sent:** | Thursday, March 2, 2023 10:10 PM |
| **To:** | Seidleck, William (DC) |
| **Subject:** | Request Acknowledgement by Department of Education |

Dear William Seidleck,

Request #23-01163-F has been assigned to the request you submitted. In all future correspondence regarding this request, please reference FOIA tracking number 23-01163-F.

Please refer to the FOIA tracking number to check the status of your FOIA request at the link provided below:

https://foiaxpress.pal.ed.gov/app/CheckStatus.aspx

For any future correspondence, status updates or questions regarding your request, please contact the FOIA Public Liaison via email to EDFOIAManager@ed.gov.

Regards,

Department of Education,

Office of the Executive Secretariat