# EXHIBIT 3

# Seidleck, William (DC)

| | |
|---|---|
| **From:** | EDFOIAManager@ed.gov |
| **Sent:** | Monday, March 13, 2023 4:03 PM |
| **To:** | Seidleck, William (DC) |
| **Subject:** | Status Update for Request #23-01163-F |

Dear William Seidleck,

The status of your FOIA request #23-01163-F has been updated to the following status 'In Process'. To log into the DoEd FOIA Portal click on the Application URL below.

https://foiaxpress.pal.ed.gov/

Sincerely,
Department of Education