UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| LATHAM & WATKINS LLP,<br><br>    Plaintiff,<br><br>v.<br><br>U.S. DEPARTMENT OF EDUCATION,<br><br>    Defendant. | Civil Action No. 23-0878 (TNM) |

## ERRATA

Defendant, through undersigned counsel, submits the attached to correct the civil action number appearing in the caption of the previously filed Answer from "22-00878" to "23-0878."

    Respectfully submitted,

    MATTHEW M. GRAVES, D.C. BAR #481052
    United States Attorney

    BRIAN P. HUDAK
    Chief, Civil Division

    By: _____/s/_____
    JEREMY S. SIMON, D.C. BAR #447956
    Assistant United States Attorney
    United States Attorney's Office
    601 D. Street, N.W.
    Washington, D.C. 20530
    (202) 252-2528
    Jeremy.simon@usdoj.gov

    Counsel for Defendant