UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| LATHAM & WATKINS LLP, )<br>   )<br>   Plaintiff, )<br>   )<br>   v. )<br>   )<br>U.S. DEPARTMENT OF EDUCATION, )<br>   )<br>   Defendant. )<br>   ) | Civil Action No. 23-0878 (TNM) |

**JOINT STATUS REPORT**

Pursuant to the Court's May 5, 2023 Order, the parties by and through their respective undersigned counsel, respectfully submit this Joint Status Report.

1. This is an action filed under the Freedom of Information Act ("FOIA"), 5 U.S.C. § 552, and involves two FOIA requests by Plaintiff Latham & Watkins LLP ("Latham") to the U.S. Department of Education ("Education"). The first request is dated March 2, 2023, and the records requested are reflected in Exhibit 1 to the operative Complaint. The second request is dated March 22, 2023, and the records requested are reflected in Exhibit 5 to the Complaint. Education assigned the first request No. 23-01163-F and the second request No. 23-01329-F.

2. Education states that the status of the two requests are as follows.

   Request No. 23-01163-F: The following four program offices were identified as the offices likely to have records responsive to this request: (1) Office of Postsecondary Education (OPE), (2) Office of the Under Secretary (OUS), (3) Federal Student Aid (FSA), and (4) Office of the General Counsel (OGC). OPE has completed its search and has located approximately 4,120 potentially responsive pages. OUS also has completed its search and has located

approximately 281 potentially responsive records (OUS is still assessing the number of pages contained within these records). FSA and OGC are still conducting their respective searches and expect to have their searches completed by the end of this month.

Request No. 23-01329-F: OPE and OUS were identified as the offices likely to have records responsive to this request. OPE and OUS have each identified relevant custodians and expect to have their respective searches completed by the end of this month.

3. With respect to Request No. 23-01163-F, Education states that it plans to process potentially responsive records at the rate of at least 500 pages per month, beginning with the OPE records, with its first production expected to occur on June 30, 2023, and with subsequent productions at the same processing rate to occur on a monthly basis until processing of both requests is complete. Education also will provide counsel for Plaintiff with an estimated page count for the searches that remain outstanding prior to the next status report.

4. With respect to Request No. 23-01329-F, once the search for responsive records is complete, Education also plans to process potentially responsive records at the rate of at least 500 pages per month. Education thus expects to make its first production at that processing rate at the end of July provided the search is completed by the end of this month as currently anticipated. Education also will provide counsel for Plaintiff with an estimated page count for the searches that remain outstanding prior to the next status report.

5. In light of the above, the parties propose that they file a further status report on July 18, 2023.

Dated: June 16, 2023                    Respectfully submitted,

/s/ *Roman Martinez*
Roman Martinez (DC Bar No. 1001100)
Andrew D. Prins (DC Bar No. 998490)
Charles S. Dameron (DC Bar No. 1048053)
William J. Seidleck (DC Bar No. 1602107)

LATHAM & WATKINS LLP
555 Eleventh Street NW, Suite 1000
Washington, DC 20004
Tel: (202) 637-2200
Fax: (202) 637-2201
Email: roman.martinez@lw.com

AND

MATTHEW M. GRAVES, D.C. Bar No. 481052
United States Attorney

BRIAN P. HUDAK
Chief, Civil Division

By: /s/ *Jeremy S. Simon*
JEREMY S. SIMON
D.C. Bar # 447956
Assistant United States Attorney
U.S. Attorney's Office, Civil Division
601 D Street N.W.
Washington, D.C. 20530
Telephone: (202) 252-2528
jeremy.simon@usdoj.gov