UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| LATHAM & WATKINS LLP, </br></br>Plaintiff, </br></br>v. </br></br>U.S. DEPARTMENT OF EDUCATION, </br></br>Defendant. | Civil Action No. 23-0878 (TNM) |

**JOINT STATUS REPORT**

Pursuant to the Court's June 16, 2023 Order, the parties by and through their respective undersigned counsel, respectfully submit this Joint Status Report.

1. This is an action filed under the Freedom of Information Act ("FOIA"), 5 U.S.C. § 552, and involves two FOIA requests by Plaintiff Latham & Watkins LLP ("Latham") to the U.S. Department of Education ("Education"). The first request is dated March 2, 2023, and the records requested are reflected in Exhibit 1 to the operative Complaint. The second request is dated March 22, 2023, and the records requested are reflected in Exhibit 5 to the Complaint. Education assigned the first request No. 23-01163-F and the second request No. 23-01329-F.

2. Education states that the status of the two requests are as follows.

   Request No. 23-01163-F: The following four program offices were identified as the offices likely to have records responsive to this request: (1) Office of Postsecondary Education (OPE), (2) Office of the Under Secretary (OUS), (3) Federal Student Aid (FSA), and (4) Office of the General Counsel (OGC). OPE has completed its search and has located approximately 4,120 potentially responsive pages. OUS also has completed its search and has located

approximately 968 potentially responsive records reflecting approximately 6,978 pages.  FSA and OGC have now completed their searches and after de-duplication, FSA has identified approximately 6,835 potentially responsive pages.  OGC has determined that all responsive records in its possession are duplicative of the records identified by the three program offices.

Request No. 23-01329-F:  OPE and OUS were identified as the offices likely to have records responsive to this request.  OPE and OUS have completed their searches and OPE originally identified approximately 416 potentially responsive pages but has since identified an additional 369 potentially responsive pages. OUS originally identified approximately 10,736 potentially responsive pages.  However, it has since completed its responsiveness review and has determined that 1,038 pages are responsive to this request.

3. With respect to Request No. 23-01163-F, Education stated in the June 16, 2023 status report that it planned to process potentially responsive records at the rate of at least 500 pages per month, beginning with the OPE records, with its first production expected to occur on June 30, 2023, and with subsequent productions at the same processing rate to occur on a monthly basis until processing of both requests is complete.  Education has made production at that processing rate on June 30, 2023, July 31, 2023, August 31, 2023, September 29, 2023, October 31, 2023, and November 30, 2023.  Due to reduced staffing around the holiday season, Education plans to make its next production on January 30, 2024, and will process at least 1,000 pages in connection with that production.  With the anticipated February production, Education will resume productions on a monthly basis at the 500 page per month processing rate until processing is completed.

4. With respect to Request No. 23-01329-F, Education made its first production on July

31, 2023, reflecting the processing of approximately 416 pages.  Education has processed the additional 369 pages identified by OPE, and produced the responsive, non-exempt portion of those records on October 31, 2023.  Education is processing the 1,038 pages identified by OUS, and made a production of the responsive, non-exempt portion of those records on November 30, 2023, with the final production expected January 30, 2024.

5. Pursuant to the Court's order dated June 16, 2023, the parties will submit a further status report in 60 days.

Respectfully submitted,

/s/ *Roman Martinez*
Roman Martinez (DC Bar No. 1001100)
Andrew D. Prins (DC Bar No. 998490)
Charles S. Dameron (DC Bar No. 1048053)
William J. Seidleck (DC Bar No. 1602107)

LATHAM & WATKINS LLP
555 Eleventh Street NW, Suite 1000
Washington, DC 20004
Tel: (202) 637-2200
Fax: (202) 637-2201
Email: roman.martinez@lw.com

AND

MATTHEW M. GRAVES, D.C. Bar No. 481052
United States Attorney

BRIAN P. HUDAK
Chief, Civil Division

By: /s/ *Jeremy S. Simon*
JEREMY S. SIMON
D.C. Bar # 447956
Assistant United States Attorney
U.S. Attorney's Office, Civil Division
601 D Street N.W.
Washington, D.C. 20530
Telephone: (202) 252-2528
jeremy.simon@usdoj.gov